Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

JOON PARK, an individual,

vs

PENN STATE INDUSTRIES, INC.,

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0667 JAH JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Pal Adams (The Adams Law Firm)
550 West C Street, Suite 2000
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

APR 1 4 2008

W. Samuel Hamrick, Jr.
J. SPARKS, CLERK                                         DATE

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

ORIGINAL