Paul Adams (Bar No. 42,146)
THE ADAMS LAW FIRM
California Address
550 West C Street, Suite 2000
San Diego, California 92101
Telephone: 619-241-4810
Facsimile: 619-955-5318

Paul Adams
THE ADAMS LAW FIRM
901 Rio Grande Blvd. NW, Suite H262
Albuquerque, NM 87104
Telephone: 505-222-3145
Facsimile: 505-222-3147
adamspatentlaw@gmail.com

Attorneys for Plaintiff
FILED
08 APR 14 PM 12: 15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOON PARK, an individual, | Civil No.: '08 CV 0667 JAH JMA |
| Plaintiff, | |
| v. | NOTICE OF RELATED CASE |
| CMT USA, INC., a, North Carolina corporation, | |
| Defendant. | Jury Trial Demanded |

Pursuant to Local Civil Rule 40.1 (Assignment of Civil Cases), Paragraph e., counsel for Joon Park hereby gives notice that the civil action filed by Joon Park against CMT USA, Inc. is related to the earlier filed action of <u>Joon Park v. CAS Enterprises, Inc.</u> (08-cv-0385) filed on February 29, 2008.

This case is related to the earlier filed case because it involves the same United States patent as in the earlier filed case and each case includes a charge of infringement of only this one patent. It is submitted that assignment to a single District Judge is likely to effect a saving of judicial effort and other economies because the question of validity of

Notice 1

ORIGINAL

the patents will be common to both actions, the claim interpretation of both actions will be common and thus discovery regarding these issues may be consolidated.

It is therefore respectfully requested that the Clerk in accordance with Civil Rule 40.1(e) assign this case to Judge Dana M. Sabraw.

Dated this 11th day of April 2008.

Respectfully submitted,

THE ADAMS LAW FIRM

By _____
Paul Adams  (Bar No. 42,146)
550 West C Street, Suite 2000
San Diego, California 92101
Telephone: 619-241-4810
Facsimile:  619-955-5318

THE ADAMS LAW FIRM
Paul Adams
901 Rio Grande Blvd. NW, Suite H262
Albuquerque, NM 87104
(505) 222-3145
(505) 222-3147 facsimile
adamspatentlaw@gmail.com

Attorneys for Joon Park

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above-named pleading was sent this 11th day of April, 2008 to the following:

Frank S. Farrell
7101 York Avenue South
Suite 305
Edina, MN 55435

Albert E. Guarnieri
401 South Tryon Street, Suite 3000
Charlotte, NC 28202

_____
Paul Adams