| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| PAUL ADAMS<br>901 RIO GRANDE BLVD. NW<br>STE H 262<br>ALBUQUERQUE NM 87104 | 505-222-3145<br><br>Ref. No. or File No.<br>JP/Penn State | |
| ATTORNEY FOR  Plaintiff | | |

Insert name of court and name of judicial district and branch if any.

District Court Southern District, San Diego
880 Front St #4290 San Diego CA 92101

SHORT TITLE OF CASE:

Joon Park v Penn State Industries, Inc.

| INVOICE NO.<br>626273 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>08CV0667 |
|---|---|---|---|---|

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I CERTIFY THAT I AM AUTHORIZED TO SERVE THE SUMMONS AND COMPLAINT IN THE WITHIN
ACTION PURSUANT TO F.R.Civ.P 4(c) AND THAT I SERVED:
TO THE WITHIN ENTITLED ACTION. I SERVED THE:

   summons and complaint
   civil case cover sheet
   notice of related case

ON: PENN STATE INDUSTRIES, INC.,
    A PENNSYLVANIA CORPORATION

AT: 70 W. OAKLAND AVE. STE 31
    DOYLESTOWN PA 18901

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

GREGORY GORE
WHOSE TITLE IS: AGENT FOR SERVICE

ON: 04/21/08    AT: 2:38PM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED
STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE
RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: STEPHANIE COOPER          FEE FOR SERVICE:    149.50

RAPID LEGAL
1199 MONTEREY PASS ROAD
MONTEREY PARK, CA 91754
323-526-7300 FAX

d. Registered California process server
(1) [  ] Employee or [ X ] Independent Contractor
(2) Registration No. 1107
(3) County: Los Angeles
(4) Expiration: 02/09/09

I declare under penalty of perjury, under the laws of the state of California that the foregoing is true and correct.

DATE: 04/23/08

> SIGNATURE