Paul Adams (Bar No. 42,146)
THE ADAMS LAW FIRM
California Address
550 West C Street, Suite 2000
San Diego, California 92101
Telephone: 619-241-4810
Facsimile:  619-955-5318

Paul Adams
THE ADAMS LAW FIRM
901 Rio Grande Blvd. NW, Suite H262
Albuquerque, NM 87104
Telephone: 505-222-3145
Facsimile: 505-222-3147
adamspatentlaw@gmail.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOON PARK, an individual, | |
| Plaintiff, | Civil No.: 08 CV 0667 DMS/NLS |
| v. | |
| PENN STATE INDUSTRIES, INC., a Pennsylvania corporation, | **REQUEST FOR ENTRY OF DEFAULT** |
| Defendant. | |

Please enter the default of the Defendant, Penn State Industries, Inc., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for its failure to plead or otherwise defend as appears from the attached declaration.

Dated this 29th day of July, 2008.

Respectfully submitted,

THE ADAMS LAW FIRM


By  *Paul Adams*
     Paul Adams  (Bar No. 42,146)

Complaint 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

550 West C Street, Suite 2000
San Diego, California 92101
Telephone: 619-241-4810
Facsimile:  619-955-5318

THE ADAMS LAW FIRM
Paul Adams
901 Rio Grande Blvd. NW, Suite H262
Albuquerque, NM 87104
(505) 222-3145
(505) 222-3147 facsimile
adamspatentlaw@gmail.com

Attorneys for Joon Park

Complaint 2