Paul Adams (Bar No. 42,146)
THE ADAMS LAW FIRM
California Address
550 West C Street, Suite 2000
San Diego, California 92101
Telephone: 619-241-4810
Facsimile: 619-955-5318

Paul Adams
THE ADAMS LAW FIRM
901 Rio Grande Blvd. NW, Suite H262
Albuquerque, NM 87104
Telephone: 505-222-3145
Facsimile: 505-222-3147
adamspatentlaw@gmail.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOON PARK, an individual, | ) |
| Plaintiff, | ) Civil No.: 08-cv-0667 DMS/NLS |
| v. | ) **DECLARATION OF PAUL ADAMS** |
| PENN STATE INDUSTRIES, INC., a Pennsylvania corporation, | ) |
| Defendant. | ) |

I, Paul Adams, do hereby declare and state:

1. I am a duly authorized agent of the Plaintiff and his attorney of record; I have personal knowledge of the facts set forth in this declaration.

2. On April 14, 2008, Plaintiff filed in this Court a Complaint for Patent Infringement against the Defendant.

3. Examination of the Court files and record in this cause shows that Defendant was served with a copy of the Summons and the Complaint on June 12, 2008, at 11:53 a.m. The Summons and Complaint are Docket Nos. 1 and 3. Attached as Exhibit 1 is the Declaration of Service. A Declaration of Reasonable Diligence is attached as Exhibit 2, executed by Samuel Segal, an independent contractor, stating:

Declaration of Paul Adams- 1

>"Personal service agent on work order Marvin Levy, took the papers then when realized what it was, tried to give the papers back. Was followed out to the parking lot where, Marvin stood in front of the car and tried to give the papers back. Explained that he had already been served."

4. Defendant has failed to Answer or otherwise defend as to Plaintiff's Complaint or serve a copy of any Answer or other defense that it might have had, upon The Law Office of Paul Adams, attorney of record for Plaintiff.

5. This declaration is executed by me in accordance with Rule 55(a) of the Federal Rules of Civil Procedure for the purpose of enabling the Plaintiff to obtain an Entry of Default against Defendant, for its failure to Answer or otherwise defend as to the Plaintiff's Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct (28 U.S.C. § 1746).

Executed this 29th day of July, 2008.

_____
Paul Adams

Declaration of Paul Adams- 2

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| PAUL ADAMS<br>901 RIO GRANDE BLVD. NW<br>STE H 262<br>ALBUQUERQUE NM 87104<br>ATTORNEY FOR Plaintiff | 505-222-3145<br><br>Ref. No. or File No.<br>Park/CMI | |

Insert name of court and name of judicial district and branch if any:

District Court Southern District, San Diego
880 Front St #4290 San Diego CA 92101

SHORT TITLE OF CASE:
Joon Park v Penn State Industries, Inc.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 640999 | | | | 08CV667 |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I CERTIFY THAT I AM AUTHORIZED TO SERVE THE SUMMONS AND COMPLAINT IN THE WITHIN ACTION PURSUANT TO F.R.Civ.P 4(c) AND THAT I SERVED:
TO THE WITHIN ENTITLED ACTION. I SERVED THE:

    SUMMONS IN A CIVIL ACTION
    COMPLAINT

ON: PENN STATE INDUSTRIES, INC.

AT: 9900 GLOBAL ROAD
    PHILADELPHIA PA 19115

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

MARVIN LEVY
WHOSE TITLE IS: AGENT FOR SERVICE

ON: 06/12/08    AT: 11:53AM


I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: SAMUEL SEGAL              FEE FOR SERVICE:   299.00


RAPID LEGAL                               d.  Registered California process server
1199 MONTEREY PASS ROAD                   (1) [ ] Employee or [ X ] Independent Contractor
MONTEREY PARK, CA 91754                   (2) Registration No. 1107
323-526-7300 FAX                          (3) County: LOS ANGELES
                                          (4) Expiration: 02-14-07

I declare under penalty of perjury, under the laws of the state of California that the foregoing is true and correct.

DATE: 06/16/08
                                          > SIGNATURE  /s/ Samuel Segal

EXHIBIT 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| PAUL ADAMS<br>901 RIO GRANDE BLVD. NW<br>STE H 262<br>ALBUQUERQUE NM 87104 | 505-222-3145<br><br>Ref. No. or File No.<br>Park/CMT | |
| ATTORNEY FOR: Plaintiff | | |

Insert name of court and name of judicial district and branch if any.
District Court Southern District, San Diego
880 Front St #4290 San Diego CA 92101

SHORT TITLE OF CASE:
Joon Park v Penn State Industries, Inc.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 640999 | | | | 08CV667 |

### DECLARATION OF REASONABLE DILIGENCE

PERSON TO SERVE: PENN STATE INDUSTRIES, INC.

DOCUMENTS RECEIVED:

SUMMONS IN A CIVIL ACTION
COMPLAINT


I DECLARE THE FOLLOWING ATTEMPTS WERE MADE TO EFFECT PERSONAL SERVICE:

At the business address: 9900 GLOBAL ROAD
                        PHILADELPHIA PA 19115

06/12/08    PERSONAL SERVICE AGENT ON WORK ORDER
06/12/08    MARVIN LEVY, TOOK THE PAPERS THEN WHEN
06/12/08    REALIZED WHAT IT WAS, TRIED TO GIVE THE
06/12/08    PAPERS BACK. WAS FOLLOWED OUT TO THE PARKING
06/12/08    LOT WHERE, MARVIN STOOD IN FRONT OF THE CAR
06/12/08    AND TRIED TO GIVE THE PAPERS BACK. EXPLAINED
06/12/08    THAT HE HAD ALREADY BEEN SERVED.

PERSON ATTEMPTING SERVICE: SAMUEL SEGAL


RAPID LEGAL
1199 MONTEREY PASS ROAD
MONTEREY PARK, CA 91754
323-526-7300 FAX

d. Registered California process server
(1) [ ] Employee or [X] Independent Contractor
(2) Registration No. 1107
(3) County: LOS ANGELES
(4) Expiration: 02-14-07

I declare under penalty of perjury, under the laws of the state of California that the foregoing is true and correct.

DATE: 06/16/08

SIGNATURE: /s/ Samuel Segal

EXHIBIT 2